Form 704-9
Rev. 5/99

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JESSE ALLEN WOODSON, JR. | ) | |
| | ) | Case No. 10-62856 |
| Debtor(s). | ) | |
| | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.

2. That the bank on which these checks are drawn has been instructed to stop payment on said checks.

3. That the trustee's check* payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

4. The trustee has indicated the name, address, and amount due each creditor on the attached sheet.

Dated: _____          _____
                                   W. Stephen Scott, Trustee

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached hereto with the request that such funds be deposited in the U.S. Treasury.

Dated:   10/19/2011              /s/ W. Stephen Scott
                                  W. Stephen Scott, Trustee

*A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

| NO. | NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT DUE CREDITOR |
|---|---|---|---|
| 2P | City of Charlottesville | P. O. Box 9048<br>Charlottesville, VA 22906-9048 | $1.20 |